Case 1:08-cv-00336-RDB   Document 11-3   Filed 03/27/2008   Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

008 JUN 24 A 11:51

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

DEMETRIUS C. NICKENS )
*Plaintiff*. )
v. ) Case No.:1:08-CV-00336 RDB
)
APEX FINANCIAL GROUP, et al )
*Defendant.* )
)

## ORDER OF JUDGMENT AS TO DEFENDANT
## APEX FINANCIAL GROUP D/B/A APEX MORTGAGE

In accordance with Local Rule 101.2, it is, this **23rd** day of **June**, 2008

ORDERED that;

1. Plaintiff motion for default is GRANTED;

2. Judgment is entered in favor of Plaintiff Demetrius Nickens against Defendant Apex Financial Group D/B/A Apex Mortgage, in the amount of **$42,683.50** which includes treble damages of **$7,500** for the unpaid commission pursuant to Md. Code Ann Lab & Empl. Article, 3-507.1.

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT
JUDGE